45666.   SCOTT v. STATE HIGHWAY DEPARTMENT.

PANNELL, Judge. The ruling complained of in this case is controlled adversely to appellant by the decision of this court in *Schrimsher v. State Hwy. Dept.,* 110 Ga. App. 705 (3) (140 SE2d 64).

*Judgment affirmed. Jordan, P. J., and Eberhardt, J., concur.*
SUBMITTED SEPTEMBER 14, 1970—DECIDED SEPTEMBER 22, 1970.

*Q. Robert Henry, Allan B. Smith,* for appellant.

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Richard L. Chambers, John A. Sligh, Jr., Assistant Attorneys General, Edward B. Liles,* for appellee.